FILED
January 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D40

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Roxan A. Vincent | **Case No :** | 09-43422 - B - 7 |
| | | **Date :** | 1/19/10 |
| | | **Time :** | 09:31 |
| **Matter :** | [29] – Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, National Association (Fee Paid $150) (lars) | | |
| | [29] – Motion/Application for Adequate Protection [PD-1] Filed by Creditor Wells Fargo Bank, National Association (lars) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtor pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 2245 Olson Drive, Lodi, CA 95242 (APN 058-540-32) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees and costs. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: January 22, 2010

Thomas C. Holman
United States Bankruptcy Judge